IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVEN A. MCKINNEY                                                  PLAINTIFF

v.                          Case No. 08-6114

DEPUTY JOSH CANON, *et al.*                                        DEFENDANTS

### ORDER

Now on this 15th day of October 2010, there comes on for consideration the report and recommendation filed herein on August 2, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (Doc. 26).  No objections have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to follow an order of this Court.  *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)